NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENNETT MARINE, INC.,**
*Plaintiff-Cross Appellant,*

v.

**LENCO MARINE, INC. AND RICHARD DEVITO, JR.,**
*Defendants-Appellants,*

AND

**RINKER BOAT COMPANY AND KIM SLOCUM,**
*Defendants.*

---

2012-1336, -1354

---

Appeals from the United States District Court for the Southern District of Florida in case no. 04-CV-60326, Judge Kenneth A. Marra.

---

ON MOTION

---

**ORDER**

Bennett Marine, Inc., Kim Slocum, and Rinker Boat Company move to dismiss the cross-appeal with regard to Rinker Boat Company and Kim Slocum.

The court does not dismiss a portion of a pending appeal or cross-appeal. Instead the official caption is modified to indicate a party's status. Currently the official caption reflects that Rinker Boat Company and Kim Slocum are not participants in either the appeal or the cross-appeal. Rather, they are listed simply as defendants from the proceedings below

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

**JUN 1 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eric C. Christu, Esq.
    James A. Gale, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK